El Pueblo, Demandante y Apelado, *v.* Sánchez,[1]
Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Guayama
en causa por infracción a ordenanzas municipales.

No. 1804.—Resuelto en diciembre 9, 1921.

Ordenanzas Municipales—Conocimiento Judicial.—Las ordenanzas municipales
no son de conocimiento judicial; por lo que cuando en los autos elevados no
aparece transcrita la ordenanza municipal objeto de la denuncia el Tribunal
Supremo carece de medios para determinar si fué o no infringida.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. M. Moraza.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El acusado fué procesado por vender efectos en Patillas
sin tener la correspondiente patente en violación de una
ordenanza municipal. Ninguna parte de la prueba ha sido
elevada a esta corte y no tenemos medios para determinar
en qué respecto fué infringida la ordenanza municipal en
particular. Esta corte no puede tomar conocimiento judicial
de las varias ordenanzas municipales y debió haberse hecho
aparecer en los autos cuál era la ordenanza municipal que
se alega fué infringida.

Alega el apelante que de acuerdo con la ley de marzo
28 de 1914 no podía exigirse patente alguna a ninguna per-
sona cuyo volumen de negocio anual no excediese de $500,
pero tendría que presumirse a falta de demostración en sen-
tido contrario, que la prueba mostró que el negocio anual del
acusado excedía de $500.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados del Toro, Aldrey y Hutchison.

---

[1] El caso No. 1803 del mismo título fué resuelto (P. C.) en la misma fecha confirmán-
dose también por los fundamentos de éste.